UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO. 6:21-cr-61-RBD-DCI

ERIC LANCE REYNOLDS

## GOVERNMENT'S DISCOVERY NOTICE

The United States, in compliance with this Court's Scheduling Order (Doc. 26) (the "Scheduling Order"), hereby notifies the Court as follows[1]:

## NOTICE

As of or before the date of filing this Notice, the United States has either provided to defense counsel or made available for inspection all discovery materials presently in the possession of government counsel that fall within Rule 16 and/or the Scheduling Order, including, but not limited to those items set forth in Paragraphs I(B) through I(W) of the Scheduling Order.

Specifically, on May 13, 2021, the United States provided to defense counsel or made available for inspection all above-referenced discovery materials that was then in its possession. On May 20, 2021, the United States provided supplemental discovery consisting of two one-page reports. On June 4, 2021, the United States provided hard copies of discovery materials specifically requested by defense counsel,

---

[1] Specifically, the United States files this Notice in compliance with Paragraph I(Y) of the Scheduling Order.

which had been made available for defense counsel's inspection as of May 13, 2021. Further, on August 10, 2021, the United States reproduced all of the previously provided discovery, to the defendant's current counsel, Mr. Thomas Luka.

The United States recognizes its continuing duty to disclose discovery that comes into counsel's possession after the date of this filing, and will comply with that duty in accordance with the Scheduling Order.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   */s/ Jennifer M. Harrington*
      JENNIFER M. HARRINGTON
      Assistant United States Attorney
      Florida Bar No. 0117748
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:  (407) 648-7643
      E-mail:  Jennifer.Harrington2@usdoj.gov

**U.S. v. ERIC LANCE REYNOLDS      CASE NO. 6:21-cr-61-RBD-DCI**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Thomas B. Luka, Esq.

        */s/ Jennifer M. Harrington*
        JENNIFER M. HARRINGTON
        Assistant United States Attorney
        Florida Bar No. 0117748
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail:   Jennifer.Harrington2@usdoj.gov